IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONNIE EUGENE GRAHAM, #207827, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO. 1:08-CV-633-TMH ) [WO] ) |
| LOUIS BOYD, *et al.,* | ) ) |
| Respondents. | ) |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 21, 2009 (Doc. 11), and upon an independent review of the file in this case, it is CONSIDERED and ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 11) be ADOPTED;

2. The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Petitioner on August 6, 2008, be DENIED; and,

3. This cause of action be and the same is hereby DISMISSED with prejudice as time-barred.

Done this 2nd   day of March, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE